UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Millennium Drywall & Taping Corp.,** | 17-09203 |
| Debtor. | Honorable Pamela S. Hollis |

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #14)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on October 13, 2017.

Dated: October 13, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **William A. Kehoe and Corrie L. Kehoe,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**
(Service via ECF)

- Alfredo J Garcia on behalf of Debtor 1 Millennium Drywall & Taping, Corp.
  notice@billbusters.com,
  billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

## MANUAL SERVICE LIST

### Millennium Drywall & Taping Corp
11341 S. CINDY CT.
PLAINFIELD, IL  60585

### Mbe Construction Services, Inc.
2348 W. Nelson Street
2016 L 004486
Chicago, Il 60618